IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL A. PERKINS and MICHAEL A. PERKINS, JR.,<br><br>                Defendant. | 8:22-CR-125<br><br>**FINAL ORDER OF FORFEITURE** |

    This matter is before the Court upon the United States of America's Motion for Final Order of Forfeiture. Filing 502. Having reviewed the record in this case, the Court finds as follows:

1. On March 22, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant, Michael A. Perkins' interest in (1) 2020 Blue International HV507 dump truck, VIN: 3HAEGTATXLL338049, titled in the name of Perkins Construction LLC; (2) Grey Henderson 17' Dump Body, S/N MKE-735708-1; (3) 2020 White International HV507 dump truck, VIN: 3HAEGTAT4LL336314, titled in the name of Perkins Construction LLC; and (4) Black Henderson 17' Dump Body, S/N: MKE-73550-1. Filing 293.

2. On May 29, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant, Michael A. Perkins, Jr.'s, interest in (a) 2020 Blue International HV507 dump truck, VIN: 3HAEGTATXLL338049, titled in the name of Perkins Construction LLC; (b) Grey Henderson 17' Dump Body, S/N MKE-735708-1; (c) 2020 White International HV507 dump truck, VIN: 3HAEGTAT4LL336314, titled in the name of Perkins Construction LLC; and (d) Black Henderson 17' Dump Body, S/N: MKE-73550-1 (Filing No. 472).

3. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on May 26, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on August 5, 2024. Filing 501.

4. The United States advises the Court that no party has filed a petition regarding the Property. From a review of the Court file, the Court finds that no person or entity has filed a petition. Filing 502.

5. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for Final Order of Forfeiture, Filing 502, is granted;

2. All right, title and interest in and to the (1) 2020 Blue International HV507 dump truck, VIN: 3HAEGTATXLL338049, titled in the name of Perkins Construction LLC; (2) Grey Henderson 17' Dump Body, S/N MKE-735708-1; (3) 2020 White International HV507 dump truck, VIN: 3HAEGTAT4LL336314, titled in the name of Perkins Construction LLC; and (4) Black Henderson 17' Dump Body, S/N: MKE-73550-1, held by any person or entity are forever barred and foreclosed;

3. The (a) 2020 Blue International HV507 dump truck, VIN: 3HAEGTATXLL338049, titled in the name of Perkins Construction LLC; (b) Grey Henderson 17' Dump Body, S/N MKE-735708-1; (c) 2020 White International HV507 dump truck, VIN: 3HAEGTAT4LL336314, titled in the name of Perkins

      Construction LLC; and (d) Black Henderson 17' Dump Body, S/N: MKE-73550-1, is forfeited to the Government;

4.     The Government is directed to dispose of the Property in accordance with the law.

Dated this 19th day of August, 2024.

                                  BY THE COURT:

                                  _____
                                  Brian C. Buescher
                                  United States District Judge